UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NEW YORK MARINE AND GENERAL
INSURANCE COMPANY

                    Plaintiff,                  Civil Case No.: 1:26-cv-00800-JAM

     v.                           **NOTICE OF VOLUNTARY**
                                                    **DISMISSAL WITHOUT**
                                                      **<u>PREJUDICE</u>**

HUDSON EXCESS INSURANCE COMPANY
and THIRD COAST INSURANCE COMPANY,

                    Defendants,

     and

FANNY VINUEZA,

                    Nominal Defendant.
-------------------------------------------------------------x

      IT IS HEREBY AGREED, the above-entitled action is hereby dismissed in its entirety

without prejudice, pursuant to FCRP 41(a)(1)(A)(i).

Dated: New York, New York
       February 17, 2026

LONDON FISCHER LLP                HUDSON EXCESS INSURANCE
                                    COMPANY

By: */s/ William J. Edwins*           Defendant
William J. Edwins, Esq.            Not Answered in this Action
Attorneys for Plaintiff
New York Marine and General
Insurance Company
59 Maiden Lane, 39 Floor
New York, New York 10038
(212) 972-1000
LF file no.: 415.0567027

THIRD COAST INSURANCE COMPANY          FANNY VINUEZA

Defendant                              Nominal Defendant
Not Answered in this Action            Not Answered in this Action

{N2146180.1 }
4880-3944-6216, v. 1